Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB - State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Leete,<br>            Plaintiff,<br>v.<br>Michael J. Astrue,<br>Commissioner of Social Security,<br>            Defendant. | Civil Action No: 2:10-CV-02516-EFB<br><br>STIPULATION FOR EXTENSION OF TIME FOR FILING MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Monday, April 25, 2011, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated: 3/25/11                                          / s / Joseph C. Fraulob
                                                        Joseph Fraulob
                                                        Attorney for Plaintiff

Dated: 3/25/11                                          / s / Jacqueline A. Forslund
                                                        Jackqueline A. Forslund
                                                        Special Assistant U.S. Attorney
                                                        Attorney for Defendant

SO ORDERED.

Dated:  March 30, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE