BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JACQUELINE A. FORSLUND
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California  94105
    Telephone:  (415) 977-8932
    Facsimile: (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LEETE,<br><br>           Plaintiff,<br><br>           v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>           Defendant. | 2:10-cv-02516 EFB (TEMP)<br><br>STIPULATION AND ORDER<br> FOR REMAND PURSUANT TO<br>SENTENCE FOUR OF 42 U.S.C.<br>§ 405(g), and<br><br>REQUEST FOR ENTRY OF JUDGMENT<br>IN FAVOR OF PLAINTIFF AND<br>AGAINST DEFENDANT |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.  The purpose of this remand is to offer Plaintiff a new hearing, develop the record, and issue a new decision.

////

////

////

////

////

////

On remand, the Office of Disability Adjudication and Review will instruct the Administrative Law Judge (ALJ) to update the record and offer Plaintiff a new hearing. The ALJ will further develop the record by obtaining vocational expert (VE) testimony as to whether Plaintiff can perform his past relevant work at step four of the sequential evaluation procedure and, if the ALJ proceeds to step five, obtain VE testimony as to whether Plaintiff can perform other work that exists in significant numbers in the national economy.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: June 16, 2011    /s/ Joseph C. Fraulob
JOSEPH C. FRAULOB
*(As authorized via email on 06/16/2011)*
Attorney for Plaintiff

Dated: June 16, 2011    BENJAMIN B. WAGNER
United States Attorney

/s/ Jacqueline A. Forslund
JACQUELINE A. FORSLUND
Special Assistant U.S. Attorney
Attorney for Defendant

IT IS SO ORDERED:

Dated: June 20, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE