BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALEX MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624

    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Facsimile: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| Charles Leete ) <br> xxx-xx-3317 ) <br> ) <br>         Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Commissioner of Social Security ) <br> ) <br>         Defendant. ) <br> ——————————————— ) | Case No: 2:10-cv-02516-EFB <br><br> STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

      IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) in the amount of FOUR THOUSAND SEVEN HUNDRED DOLLARS AND NO CENTS ($4,700.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

1

If Plaintiff's attorney provides the government with a copy of Plaintiff's assignment of EAJA fees to Plaintiff's attorney within four weeks of the Court's order adopting this stipulation, the government will consider the assignment. Pursuant to *Astrue v. Ratliff*, - S.Ct.,- 2010 WL 2346547 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Plaintiff's attorney provides the government with a copy of Plaintiff's assignment and the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Plaintiff's attorney pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FOUR THOUSAND SEVEN HUNDRED DOLLARS AND NO CENTS ($4,700.00) shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be delivered to Plantiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

                Respectfully submitted,

Dated: July 13, 2011        /s/ Joseph C. Fraulob
                              JOSEPH C. FRAULOB

                              Attorney for Plaintiff

1 | Dated: July 13, 2011
2 | BENJAMIN B. WAGNER
United States Attorney
LUCILE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Armand Roth
ARMAND ROTH
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

**APPROVED AND SO ORDERED.**

Dated: July 14, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE